UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: CASE REASSIGNMENTS
TO SENIOR UNITED STATES                    Case No.:    2:21-mc-23-FtM-SPC
DISTRICT JUDGE JOHN STEELE
_____/

## ADMINISTRATIVE ORDER

As the Administrative Judge for the Fort Myers Division, the undersigned **DIRECTS** the Clerk to reassign the following cases to Senior United States District Judge John E. Steele, with his consent, to handle all motions (pending and future), trials, and all other proceedings:

- *Jones v. Barlow*, No. 2:19-cv-114-JLB-NPM

- *Zelinski v. Shurwest, LLC*, No. 2:19-cv-804-SPC-MRM

- *Triton Renovation, Inc. v. Empire Indem. Ins.*, No. 2:20-cv-432-JLB-NPM

- *Hart v. Bear Staffing Servs., Inc.*, No. 2:20-cv-554-JLB-NPM

- *Reflection Lakes Two Condo. Ass'n v. Empire Indem. Ins.*, No. 2:20-cv-668-SPC-NPM

- *Raugh v. Hartford Ins.*, No. 2:20-cv-822-SPC-NPM

- *Del Prado Mall Pro. Condo. Ass'n v. Voyager Indem. Ins.*, No. 2:20-cv-838-JLB-NPM

- *Cox v. Fed. Ins.*, No. 2:20-cv-915-SPC-NPM

- *Cantave v. Al Amin*, No. 2:20-cv-920-JLB-NPM

- *Sai Shyam Hotels, LLC v. Blackboard Ins.*, No. 2:20-cv-1015-SPC-NPM
- *Denis v. Target, Corp.*, No. 2:21-cv-24-JLB-NPM
- *In re: Mathorsi Business Corp.*, No. 2:21-cv-27-JLB-NPM
- *Koltun v. Hartford Ins.*, No. 2:21-cv-70-SPC-NPM
- *Roofing & Reconstruction Contractors of Am., LLC v. Fed. Ins.*, No. 2:21-cv-110-SPC-MRM
- *Severin v. Wal-Mart Assocs., Inc.*, No. 2:21-cv-132-JLB-NPM
- *SFR Servs. LLC v. Indian Harbor Ins.*, No 21-cv-179-SPC-NPM
- *Progressive Express Ins. v. Tate Transp. Corp.*, No. 2:21-cv-198-JLB-MRM
- *Harrington v. United States*, No. 2:21-cv-310-JLB-MRM
- *Evans v. Ace Ins.*, No. 2:21-cv-348-SPC-MRM
- *Tower Hill Prime Ins. v. Therma-Stor LLC*, No. 2:21-cv-350-JLB-NPM
- *Utah Power Sys., LLC v. Lang*, No. 21-cv-391-SPC
- *Ray v. Millennium Physician Grp., LLC*, No. 2:21-cv-400-SPC-MRM
- *Gecko Dev. Corp. v. O'Neal*, No. 2:21-cv-463-SPC-NPM
- *Procraft Exteriors, Inc. v. Electric Ins.*, No. 2:21-cv-467-JLB-MRM
- *Grohosky v. Worldwide Flight Services, Inc.*, No. 2:21-cv-477-JLB-MRM
- *Mobley-Clark v. New Hampshire Ins.*, No. 2:21-cv-566-SPC-MRM
- *Gladwell v. Walmart Stores East*, LP, No. 2:21-cv-581-JLB-MRM
- *Cartagena v. Aetna Life Ins.*, No. 2:21-cv-587-SPC-MRM

- *Wiggins v. Prummell*, No. 2:21-cv-596-JLB-MRM

- *Brown v. Equifax, Inc.*, No. 2:21-cv-598-SPC-MRM

**DONE and ORDERED** in Fort Myers, Florida on this August 17, 2021.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies:   United States District Judge John L. Badalamenti
Senior United States District Judge John E. Steele
United States Magistrate Judge Mac R. McCoy
United States Magistrate Judge Nicholas P. Mizell